1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SHAYLER,<br><br>          Plaintiff,<br><br>     v.<br><br>MFA 8th Grand and Hope LLC; and Does 1-10<br><br>          Defendants. | Case No. 2:20-cv-93-CJC-KS<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING CASE WITH PREJUDICE**<br><br>Hon. Cormac J. Carney |

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-caption matter is dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: March 23, 2020

_____
Hon. Cormac J. Carney
United States District Judge

---

1
[PROPOSED] ORDER GRANTING JOINT STIPULATION DISMISSING CASE WITH PREJUDICE;
CASE NO. 2:20-CV- 93-CJC-KS